STATE of Missouri, Respondent,

v.

Michael BALDWIN, Appellant.

No. WD 37469.

Missouri Court of Appeals,
Western District.

June 17, 1986.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 24, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Paula Fridkin, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and TURNAGE and GAITAN, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of robbery in the second degree, § 569.030 RSMo 1978, and sentence of ten years' imprisonment.

Judgment affirmed. Rule 30.25(b).